THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE
A. FULLER COMPANY, Appellant and Respondent, *v.*
WALTER W. LAW, JR., et al., Constituting the State
Tax Commission, Respondents and Appellants.

*Tax — foreign corporations — franchise tax — determination of net
income.*

People ex rel. *Fuller* v. *Law,* 206 App. Div. 800, affirmed.
(Argued January 12, 1926; decided January 22, 1926.)

CROSS-APPEALS from an order of the Appellate Division
of the Supreme Court in the third judicial department,
entered January 18, 1924, which modified and confirmed as
modified a determination of the State Tax Commission
assessing a franchise tax against the relator, a foreign
corporation. The relator appeals from so much of said
order as confirmed that portion of the determination
of the Tax Commission which, in determining the
amount of relator's net income to be allocated to this
State, included stocks of other corporations at their full
value, instead of limiting the same to not exceeding ten
per cent of the real and tangible personal property as
contended for. The Tax Commission appeals from so
much of said order as reversed that portion of its deter-
mination which included in the relator's entire net income
the interest on bonds held by it and which remitted the
matter to the Commission, with a direction to deduct
from said entire net income for the years in question the
amount of interest received by the relator from the bonds
owned by it.

*F. M. Sanders* for relator, appellant and respondent.

*Albert Ottinger,* Attorney-General (*Wendell P. Brown*
and *Claude T. Dawes* of counsel), for defendants, respond-
ents and appellants.

Order affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-
LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.